UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY E. BRINSON,

      Petitioner,

v.                                                                    CASE NO. 6:06-cv-1753-Orl-28KRS

STATE OF FLORIDA, et al.,

      Respondents.

_____

### ORDER

Petitioner filed a handwritten petition for declaratory relief or for relief pursuant to Federal Rule of Civil Procedure 60(b).[1]  Petitioner is seeking relief from his state conviction and sentence. It appears, therefore, that the petition should be characterized as a  petition for habeas corpus relief pursuant to 28 U.S.C. § 2254.

Accordingly, not later than **ELEVEN (11) DAYS** from the date of this Order, if Petitioner intends to proceed pursuant to 28 U.S.C. § 2254, he shall file his habeas corpus petition on the habeas corpus form provided as an attachment to this Order by **the Clerk**.  Petitioner shall also provide the Clerk with one (1) additional copy of the revised petition for each named Respondent.

If Petitioner does not intend to proceed pursuant to 28 U.S.C. § 2254, he shall file a memorandum addressing why his claims are cognizable pursuant to the statutes and rule on which he relies.  **This case will be dismissed without further notice if Petitioner fails to file the habeas**

---

[1]The Court notes that Petitioner does not reference any judgment or sentence entered by this Court from which he seeks relief pursuant to Federal Rule of Civil Procedure 60(b).

**petition or the memorandum within this time period.**

**DONE AND ORDERED** at Orlando, Florida, this <u>17th</u> day of November, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sc 11/15
Larry E. Brinson